1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   KEVIN P. O'CONNELL,                          CASE NO. 1:11-cv–02163-BAM PC

10                         Plaintiff,            ORDER DENYING PLAINTIFF'S MOTION
                                                 TO INCLUDE EXHIBIT
11          v.
                                                 (ECF No. 12)
12   KERN VALLEY STATE PRISON, et al.,

13                         Defendants.
     _____/

14

15          Plaintiff Kevin P. O'Connell is a state prisoner proceeding pro se and in forma pauperis in

16   this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint in this action on

17   December 30, 2011.  On April 27, 2012, Plaintiff filed a motion to include exhibits with his

18   complaint.  (ECF No. 12.)

19          Any exhibits attached to the complaint must be incorporated by reference. Fed. R. Civ. Pro.

20   10(c).  Thus, any exhibits attached to the complaint must be specifically referenced.  For example,

21   Plaintiff must state "see Exhibit A" or something similar in order to direct the Court to the specific

22   exhibit Plaintiff is referencing.  Further, if the exhibit consists of more than one page, Plaintiff must

23   reference the specific page of the exhibit (i.e. "See Exhibit A, page 3").  Plaintiff's complaint fails

24   to reference any exhibits and the Court will not wade through exhibits to determine whether

25   cognizable claims are, or might be able to be stated.

26          For screening purposes, the Court must assume that Plaintiff's factual allegations are true.

27   Therefore, it is generally unnecessary for Plaintiff to submit exhibits in support of the allegations in

28   a complaint.

1    Accordingly, Plaintiff's motion to attach exhibits to the complaint, filed April 27, 2012, is

2    HEREBY DENIED.

3        IT IS SO ORDERED.

4    **Dated:    May 1, 2012**          **/s/ Barbara A. McAuliffe**

5                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28