# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN P. O'CONNELL, | CASE NO. 1:11-cv–02163-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO INCLUDE EXHIBIT |
| v. | (ECF No. 12) |
| KERN VALLEY STATE PRISON, et al., | |
| Defendants. | |

Plaintiff Kevin P. O'Connell is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on December 30, 2011. On April 27, 2012, Plaintiff filed a motion to include exhibits with his complaint. (ECF No. 12.)

Any exhibits attached to the complaint must be incorporated by reference. Fed. R. Civ. Pro. 10(c). Thus, any exhibits attached to the complaint must be specifically referenced. For example, Plaintiff must state "see Exhibit A" or something similar in order to direct the Court to the specific exhibit Plaintiff is referencing. Further, if the exhibit consists of more than one page, Plaintiff must reference the specific page of the exhibit (i.e. "See Exhibit A, page 3"). Plaintiff's complaint fails to reference any exhibits and the Court will not wade through exhibits to determine whether cognizable claims are, or might be able to be stated.

For screening purposes, the Court must assume that Plaintiff's factual allegations are true. Therefore, it is generally unnecessary for Plaintiff to submit exhibits in support of the allegations in a complaint.

1

Accordingly, Plaintiff's motion to attach exhibits to the complaint, filed April 27, 2012, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   May 1, 2012**                    /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE